SCHEDULE A

| No | Defendant | Merchant Storefront | User Account | Merchant ID |
|---|---|---|---|---|
| 1 | 963 | https://www.wish.com/c/59131a4a25bda028399ff3e4 | https://www.wish.com/merchant/59019c244b70902c10aed8a3 | 59019c244b70902c10aed8a3 |
| 2 | 369express | https://www.wish.com/c/56e533e8367ad75885988c4a | https://www.wish.com/merchant/55973d6ce37d7251b777cb65 | 55973d6ce37d7251b777cb65 |
| 3 | Aishine | https://www.wish.com/c/58491b28e173475225d30547 | https://www.wish.com/merchant/55d94052ab0a5f106e7a77b4 | 55d94052ab0a5f106e7a77b4 |
| 4 | Alipapa Company | https://www.wish.com/c/57ebd71b565e5f387ee3935b | https://www.wish.com/merchant/557a8cc1c47f992be1050aa6 | 557a8cc1c47f992be1050aa6 |
| 5 | Areke.Co.,Ltd Shop Online | https://www.wish.com/c/59dec84cd8af653808e9f135 | https://www.wish.com/merchant/58d7674c74a9fc6e291e50c1 | 58d7674c74a9fc6e291e50c1 |
| 6 | Arrival | https://www.wish.com/c/59fd940aa85dc310d5f1dfc0 | https://www.wish.com/merchant/594b88cc7eebf67ce47f1a7a | 594b88cc7eebf67ce47f1a7a |
| 7 | Baiyun Co.,Ltd | https://www.wish.com/c/59844b8de7982f297a83ffa8 | https://www.wish.com/merchant/593527bc83eb5504039e1226 | 593527bc83eb5504039e1226 |
| 8 | balsmfhee7 | https://www.wish.com/c/5a057f907482a373bbc872ee | https://www.wish.com/merchant/578cbca59035dc5542b296fc | 578cbca59035dc5542b296fc |
| 9 | beire Clothing Co., Ltd  (158) | https://www.wish.com/c/5a1bb735d4fd987934fb0632 | https://www.wish.com/merchant/591d6f791a071f4a5af97883 | 591d6f791a071f4a5af97883 |
| 10 | Benjami | https://www.wish.com/c/584fe8486f57854c8c1ded95 | https://www.wish.com/merchant/578cfafe3a698c3d49519dc9 | 578cfafe3a698c3d49519dc9 |
| 11 | bestbuy-fastship | https://www.wish.com/c/59f301093b09934ed1164323 | https://www.wish.com/merchant/5971f6f39a09697a390661c2 | 5971f6f39a09697a390661c2 |
| 12 | betterlife2014 | https://www.wish.com/c/58941dc8300d975198324c80 | https://www.wish.com/merchant/557a74d8baa01a2b54e43ae7 | 557a74d8baa01a2b54e43ae7 |
| 13 | BlackSoul | https://www.wish.com/c/595f4263108aab02485cfc6d | https://www.wish.com/merchant/58aac8172eca57503a2dd5d1 | 58aac8172eca57503a2dd5d1 |
| 14 | bliss | https://www.wish.com/c/57dfb6bbaee48a189859afb4 | https://www.wish.com/merchant/542407189719cd407a9fd29c | 542407189719cd407a9fd29c |
| 15 | BrendaBear | https://www.wish.com/c/59b780fc9aefe66aabe903d9 | https://www.wish.com/merchant/56f0f2bdc3c3715871ade946 | 56f0f2bdc3c3715871ade946 |
| 16 | Caitai LED Application | https://www.wish.com/c/5756609ec629de5cc7010d76 | https://www.wish.com/merchant/566556a9a1da1c241106ac22 | 566556a9a1da1c241106ac22 |
| 17 | chanfen | https://www.wish.com/c/58b70d631cd1814fd1fef5a2 | https://www.wish.com/merchant/58ad68b2cfeb7c7f06da8576 | 58ad68b2cfeb7c7f06da8576 |
| 18 | Cherry Larry | https://www.wish.com/c/58d0c1694441656e7367ce10 | https://www.wish.com/merchant/584d5edc4bb9014d3eadaf3b | 584d5edc4bb9014d3eadaf3b |
| 19 | Chongqing Hongtai Trade Co., Ltd. | https://www.wish.com/c/581704fcbacf2021347f8c61 | https://www.wish.com/merchant/54942a0644a28214363ecb30 | 54942a0644a28214363ecb30 |
| 20 | Clothes steward European station authentic | https://www.wish.com/c/598dcdd7728ee76995feb3df | https://www.wish.com/merchant/595b664588709f2f2b33d2c7 | 595b664588709f2f2b33d2c7 |
| 21 | COCO132 | https://www.wish.com/c/5a327bb2227c62222ddf3fb5 | https://www.wish.com/merchant/56e655b1f3e43e5845a68a62 | 56e655b1f3e43e5845a68a62 |
| 22 | CoffeeNetwork | https://www.wish.com/c/58fdc8bb886e8019e044e0a7 | https://www.wish.com/merchant/58e4bff32c37071047432ce6 | 58e4bff32c37071047432ce6 |
| 23 | Cohat | https://www.wish.com/c/58f070ddf9aeab40f67eb769 | https://www.wish.com/merchant/5777796aefdecd749d457857 | 5777796aefdecd749d457857 |
| 24 | cool-xman | https://www.wish.com/c/58af8eaca7d7bf5bb5b0e873 | https://www.wish.com/merchant/5832ee11168b544cc5eca083 | 5832ee11168b544cc5eca083 |
| 25 | DMT | https://www.wish.com/c/5976ea64dc3b2a72b61c99b7 | https://www.wish.com/merchant/5901c50475479310fd53aacd | 5901c50475479310fd53aacd |
| 26 | dong@wei | https://www.wish.com/c/58a74e825755de3c799b5b97 | https://www.wish.com/merchant/56ca94f2df108f5af23b5041 | 56ca94f2df108f5af23b5041 |
| 27 | Earth Global Sale | https://www.wish.com/c/57a184cf2f252956e02559b8 | https://www.wish.com/merchant/565d789d13354e39ef414034 | 565d789d13354e39ef414034 |
| 28 | Experts gathered Shop | https://www.wish.com/c/58a2dc9ced4fd72cf10585f4 | https://www.wish.com/merchant/579f3b7c5489270f61a0324a | 579f3b7c5489270f61a0324a |
| 29 | Fantasy International | https://www.wish.com/c/569506bf3a698c034321350a | https://www.wish.com/merchant/5538481ee3f79a2bd254f0f5 | 5538481ee3f79a2bd254f0f5 |
| 30 | fashion hunter | https://www.wish.com/c/58005bc92fbe1722aaecb727 | https://www.wish.com/merchant/55570766cccbf30e9a224b78 | 55570766cccbf30e9a224b78 |
| 31 | Fashion kingdom2 | https://www.wish.com/c/579cb48b73c63d370a21c165 | https://www.wish.com/merchant/57286438fdc2275937e773f7 | 57286438fdc2275937e773f7 |
| 32 | Fashion New | https://www.wish.com/c/58b6d86525b9a25f85e397e9 | https://www.wish.com/merchant/55d6bbf3ea4e9e0369f79380 | 55d6bbf3ea4e9e0369f79380 |
| 33 | FASHION RAINBOW | https://www.wish.com/c/5a1650a1d4fd987a8afaad45 | https://www.wish.com/merchant/581b1fb8854bcd111e0b5c4e | 581b1fb8854bcd111e0b5c4e |
| 34 | fashionstoretop | https://www.wish.com/c/593e2f817964e05e8a446e9b | https://www.wish.com/merchant/562647b8fc50a0634c666e10 | 562647b8fc50a0634c666e10 |
| 35 | Fastestever | https://www.wish.com/c/59dc8cb6b9c4d65ddfe127a3 | https://www.wish.com/merchant/58c4fae43713b12c60d91c02 | 58c4fae43713b12c60d91c02 |
| 36 | fdsfdew | https://www.wish.com/c/59a96e25cec91f55cc972ebf | https://www.wish.com/merchant/58b912c40e3ad6531a6d3d13 | 58b912c40e3ad6531a6d3d13 |
| 37 | Feng Yu Ge | https://www.wish.com/c/5a39065b17267853b7d7a829 | https://www.wish.com/merchant/58e461b12c5ced104df477e7 | 58e461b12c5ced104df477e7 |
| 38 | Flying owl | https://www.wish.com/c/582c44264a3bc61eb5a93a15 | https://www.wish.com/merchant/581dba1d7959440f8b639bd4 | 581dba1d7959440f8b639bd4 |
| 39 | For you to | https://www.wish.com/c/5a00ace17c18a707599abd31 | https://www.wish.com/merchant/586268fb7ebd6a4ca7924646 | 586268fb7ebd6a4ca7924646 |
| 40 | foreverfive | https://www.wish.com/c/5a43155095f79f406d7ce30f | https://www.wish.com/merchant/59ba360b8f545e39871273ee | 59ba360b8f545e39871273ee |
| 41 | Former98 | https://www.wish.com/c/5a0fa658afec1a5f4ddd36a8 | https://www.wish.com/merchant/57a5a9c7c30c7b6ed0524ed2 | 57a5a9c7c30c7b6ed0524ed2 |
| 42 | ginoplus | https://www.wish.com/c/597ab15e7bdae47499e290ac | https://www.wish.com/merchant/56de9fd336bd2416c727eb18 | 56de9fd336bd2416c727eb18 |
| 43 | Grocery store5 | https://www.wish.com/c/58a736ffa65e685929ec6566 | https://www.wish.com/merchant/57ecd2ceeb713d1190480316 | 57ecd2ceeb713d1190480316 |
| 44 | Happyshoppinggogo | https://www.wish.com/c/5947da78748e1b6f3414f54c | https://www.wish.com/merchant/58b7ad2b3c18975a248124ac | 58b7ad2b3c18975a248124ac |
| 45 | Harry's Toys | https://www.wish.com/c/5a0a4f339a07bd3749a7f1ca | https://www.wish.com/merchant/582672f66a4a7b50f44a3f31 | 582672f66a4a7b50f44a3f31 |
| 46 | Hello Miya | https://www.wish.com/c/592549e79009d70d74529f1f | https://www.wish.com/merchant/546da98b5f313f3ed3b0de2e | 546da98b5f313f3ed3b0de2e |
| 47 | Hellow Shop | https://www.wish.com/c/584679bee841944f0527b9f1 | https://www.wish.com/merchant/57f35e517660153b4f94d136 | 57f35e517660153b4f94d136 |
| 48 | heping12 | https://www.wish.com/c/59a80381d4f7404de40e2666 | https://www.wish.com/merchant/59733727e534481f819f8ccb | 59733727e534481f819f8ccb |
| 49 | HimalayaMall1 | https://www.wish.com/c/59eb69b5977da15d33c5b3b1 | https://www.wish.com/merchant/593904b725c4f51b8f50606a | 593904b725c4f51b8f50606a |
| 50 | Hitom | https://www.wish.com/c/58f34c45b1c84819b6c73fc0 | https://www.wish.com/merchant/58f34580c406ec10ec0f98f9 | 58f34580c406ec10ec0f98f9 |
| 51 | honeykimi | https://www.wish.com/c/58e611abea840f18fcb23d1c | https://www.wish.com/merchant/57aa99e849c29a05e4334bf9 | 57aa99e849c29a05e4334bf9 |
| 52 | Hong_56 | https://www.wish.com/c/58d22e017e54a266b342e8fe | https://www.wish.com/merchant/57dde9e0244321102dab5b12 | 57dde9e0244321102dab5b12 |

| | | | | |
|---|---|---|---|---|
| 53 | HUANGMALL | https://www.wish.com/c/599266bab92e12781746b615 | https://www.wish.com/merchant/58330ec39704301b77c7bbd4 | 58330ec39704301b77c7bbd4 |
| 54 | huhongyu759 | https://www.dae.wish.com/c/5a05c540061be9461f720c0f | https://www.wish.com/merchant/59dae3f7b91f0a4c6a0bba37 | 59dae3f7b91f0a4c6a0bba37 |
| 55 | In July the starry sky | https://www.wish.com/c/595a0d773e5c2070c3ff20fc | https://www.wish.com/merchant/58d4f60dc590c156ea17bb5f | 58d4f60dc590c156ea17bb5f |
| 56 | jiangxinanchang527 | https://www.wish.com/c/574e948b83193360910726e7 | https://www.wish.com/merchant/549e9a66caa60710aa1fefc6 | 549e9a66caa60710aa1fefc6 |
| 57 | jingjing88 | https://www.wish.com/c/59a147555c88ac563188773f | https://www.wish.com/merchant/57c7d8b83bca9645e4bc78f5 | 57c7d8b83bca9645e4bc78f5 |
| 58 | jingnanshanmao | https://www.wish.com/c/593d75f76adacd6ec01aa538 | https://www.wish.com/merchant/5936a967e96b6b1e51bcc389 | 5936a967e96b6b1e51bcc389 |
| 59 | Jingzhou City Sanshi Tuwen Advertising Co., Ltd | https://www.wish.com/c/597ac4fbab03f4429c23b339 | https://www.wish.com/merchant/58f48cd9ed2329118c17d573 | 58f48cd9ed2329118c17d573 |
| 60 | Jingzhou Jiahang Textile Co., Ltd | https://www.wish.com/c/5a06ca0ea0c3b46900c7efa2 | https://www.wish.com/merchant/5850ffe70f5c4a5210b24345 | 5850ffe70f5c4a5210b24345 |
| 61 | KA-AVALON | https://www.wish.com/c/596f5c162b46ee2da5e503ad | https://www.wish.com/merchant/596499e6e81e8a52d9bc85d1 | 596499e6e81e8a52d9bc85d1 |
| 62 | kangxi | https://www.wish.com/c/5a4baf2ca2ef5545f371e3c5 | https://www.wish.com/merchant/568cbd47a7efa70deddf07ab | 568cbd47a7efa70deddf07ab |
| 63 | Katharine Elizabeth | https://www.wish.com/c/58fd7988abbff51c86b38626 | https://www.wish.com/merchant/579627be8039906b02652a52 | 579627be8039906b02652a52 |
| 64 | Kehui Electrical Co., Ltd. | https://www.wish.com/c/58b998c56d2e8573fd12bc58 | https://www.wish.com/merchant/56f79f8abf0a1258c37410fb | 56f79f8abf0a1258c37410fb |
| 65 | KK-Mall Shop Online | https://www.wish.com/c/59ed4af7e0f04d1bf5e1330d | https://www.wish.com/merchant/58ed8e933ef7bc22e05e99c1 | 58ed8e933ef7bc22e05e99c1 |
| 66 | Lancer.cc | https://www.wish.com/c/57c16232b787761f2ebeb937 | https://www.wish.com/merchant/57329b2122e7f5592807fb6e | 57329b2122e7f5592807fb6e |
| 67 | laopwu | https://www.wish.com/c/59a68be43aebe961047bb53b | https://www.wish.com/merchant/59563252611d6358d64cb8f0 | 59563252611d6358d64cb8f0 |
| 68 | LEbang | https://www.wish.com/c/5a58db09a2ef55057e6500f1 | https://www.wish.com/merchant/5665885d544a2223f77fba35 | 5665885d544a2223f77fba35 |
| 69 | libing183 | https://www.wish.com/c/59b4bbc314581c42596109aa | https://www.wish.com/merchant/59672aae7fe2414560193419 | 59672aae7fe2414560193419 |
| 70 | lihongyidinghong | https://www.wish.com/c/59e361a2314ffb6796f72413 | https://www.wish.com/merchant/599302fd8ee78d6041551c1d | 599302fd8ee78d6041551c1d |
| 71 | linjianfengshop | https://www.wish.com/c/58ab1bcc1a3b64530f186378 | https://www.wish.com/merchant/57fcbd30a0c5391082cc734f | 57fcbd30a0c5391082cc734f |
| 72 | linmeng | https://www.wish.com/c/58f80139d0a8a957be17654d | https://www.wish.com/merchant/5819907fdd991650568124d4 | 5819907fdd991650568124d4 |
| 73 | Little Big Shop | https://www.wish.com/c/5965e86dc657d56860b88b15 | https://www.wish.com/merchant/5743013fa71eaa597190db58 | 5743013fa71eaa597190db58 |
| 74 | liuyuanllyy | https://www.wish.com/c/59cef529f8a43c65d6a8966e | https://www.wish.com/merchant/58f4641138e90d118b543bd1 | 58f4641138e90d118b543bd1 |
| 75 | Lourdes Gomez | https://www.wish.com/c/58a0485ef51b975330d8464e | https://www.wish.com/merchant/584231ef15ac504e7d917869 | 584231ef15ac504e7d917869 |
| 76 | lovelifeloveyou | https://www.wish.com/c/58e6126826e0fd187c4194b6 | https://www.wish.com/merchant/570f55e98ecb845aec806664 | 570f55e98ecb845aec806664 |
| 77 | lzxh | https://www.wish.com/c/5975c9d58f4ab874f4732927 | https://www.wish.com/merchant/5964b0274b913a39537c6909 | 5964b0274b913a39537c6909 |
| 78 | maijiji | https://www.wish.com/c/596820a3796a531f43048321 | https://www.wish.com/merchant/596483ff4b913a363d7c5bea | 596483ff4b913a363d7c5bea |
| 79 | maoguangju | https://www.wish.com/c/594d17073d2bf36ff1c93ee0 | https://www.wish.com/merchant/590d9a4e4b5a4726e5d47d6d | 590d9a4e4b5a4726e5d47d6d |
| 80 | mark_doole | https://www.wish.com/c/58d0d6427dc53c142cd4e41c | https://www.wish.com/merchant/5735cd8e8a093d5917dc5d38 | 5735cd8e8a093d5917dc5d38 |
| 81 | Molde Canticle | https://www.wish.com/c/577786370e93f01565bbde3c | https://www.wish.com/merchant/5620bc229a8c1c41667e6146 | 5620bc229a8c1c41667e6146 |
| 82 | mollywyh@126.com | https://www.wish.com/c/5899d8e71744ee51bd8679a4 | https://www.wish.com/merchant/5832dedfe902571bba04d9f8 | 5832dedfe902571bba04d9f8 |
| 83 | moly store | https://www.wish.com/c/5821d1426bc91d45691e5c7f | https://www.wish.com/merchant/58072e9a48238b644bb757c3 | 58072e9a48238b644bb757c3 |
| 84 | mxmdd | https://www.wish.com/c/59821cfa59b9da1931b66a8f | https://www.wish.com/merchant/59326fc9fc0f24180fbc46da | 59326fc9fc0f24180fbc46da |
| 85 | Nanjing Daystar International | https://www.wish.com/c/568a3282fb3f30362597e45b | https://www.wish.com/merchant/548d911344a2825faccd10f1 | 548d911344a2825faccd10f1 |
| 86 | nitaishenle | https://www.wish.com/c/598f2cd17c81c749c624cf5b | https://www.wish.com/merchant/5936c3731298192752635dd7 | 5936c3731298192752635dd7 |
| 87 | NJ 3C | https://www.wish.com/c/5930ee8d08f4596d3180b6a4 | https://www.wish.com/merchant/58a2ab27d8c4f451cf597731 | 58a2ab27d8c4f451cf597731 |
| 88 | ONE2 | https://www.wish.com/c/582d9aa3874fac1df830fa2b | https://www.wish.com/merchant/56e16484e3749434a6a0a18b | 56e16484e3749434a6a0a18b |
| 89 | oneeyedbluedog | https://www.wish.com/c/58255dac8d03941407204333 | https://www.wish.com/merchant/577333a1b5744e74ed715c87 | 577333a1b5744e74ed715c87 |
| 90 | OptimumFulfillment | https://www.wish.com/c/59f74f10dd36eb1eaa51b783 | https://www.wish.com/merchant/59a4b9030415f83c63b61054 | 59a4b9030415f83c63b61054 |
| 91 | orange666 | https://www.wish.com/c/5a1a5418b4b8d967fc6b2a9d | https://www.wish.com/merchant/5921bb8d8a5f145369d9eb09 | 5921bb8d8a5f145369d9eb09 |
| 92 | pinkladymall | https://www.wish.com/c/58491b73e173475225d305a6 | https://www.wish.com/merchant/57fa24600a4b27194a25e98f | 57fa24600a4b27194a25e98f |
| 93 | Prudential source digital franchise store | https://www.wish.com/c/5917eb1a108fcc072f42fab9 | https://www.wish.com/merchant/58395b42dcbce81b7a5a7ecb | 58395b42dcbce81b7a5a7ecb |
| 94 | pure*china | https://www.wish.com/c/588093f2b955ab4efe486f0a | https://www.wish.com/merchant/579228aa803990267aa294ef | 579228aa803990267aa294ef |
| 95 | Quick | https://www.wish.com/c/590afd9bff4b3e5c2c1adcce | https://www.wish.com/merchant/5895ca94520a8d4fee49e08b | 5895ca94520a8d4fee49e08b |
| 96 | RAY Store | https://www.wish.com/c/59b3bd9f0415f85ec09ad85e | https://www.wish.com/merchant/57e20b1985c59a3690a5442c | 57e20b1985c59a3690a5442c |
| 97 | rored | https://www.wish.com/c/586905e06c901661718e7dbe | https://www.wish.com/merchant/5854fd2ae7685f541f30f512 | 5854fd2ae7685f541f30f512 |
| 98 | ruozhiruchujian | https://www.wish.com/c/58a2d1137541b953cea3fcf0 | https://www.wish.com/merchant/58803c331769ad4cba2bf2a2 | 58803c331769ad4cba2bf2a2 |
| 99 | SATBN&166 | https://www.wish.com/c/5973130267b43d6435afb6e5 | https://www.wish.com/merchant/58557a700299bc40e89d706a | 58557a700299bc40e89d706a |
| 100 | Seven Ting shop | https://www.wish.com/c/59872fa99ab4bc631a192172 | https://www.wish.com/merchant/56f92374fd77185a1a388467 | 56f92374fd77185a1a388467 |
| 101 | shanghaiyixinfushiyouxiangongsi | https://www.wish.com/c/5708dd1e37c44721be151752 | https://www.wish.com/merchant/5507f719e536f319f8400774 | 5507f719e536f319f8400774 |
| 102 | sharenice | https://www.wish.com/c/5a1a6ad089ce4551b9c06054 | https://www.wish.com/merchant/5963019ae81e8a21a5119121 | 5963019ae81e8a21a5119121 |
| 103 | Shenzhen Yigou Company | https://www.wish.com/c/58a543f5b7088d53668c74db | https://www.wish.com/merchant/54c9da8307433a4d2a216e24 | 54c9da8307433a4d2a216e24 |
| 104 | Small commodity ocean | https://www.wish.com/c/589b067fb3594b51a4fa9d20 | https://www.wish.com/merchant/547c667a9719cd0a8cb958cf | 547c667a9719cd0a8cb958cf |
| 105 | Spancil Hill | https://www.wish.com/c/59b0fc92cf936f0876191491 | https://www.wish.com/merchant/5643f63c279eca5931aa4950 | 5643f63c279eca5931aa4950 |

| | | | | |
|---|---|---|---|---|
| 106 | StrongChen34 | https://www.wish.com/c/5978154b875ee3707682f58c | https://www.wish.com/merchant/585a566faa9f364cd42e1544 | 585a566faa9f364cd42e1544 |
| 107 | taotaojiangshui | https://www.wish.com/c/592299632b480568eff85b9e | https://www.wish.com/merchant/583a9b4ee88f630395904d4b | 583a9b4ee88f630395904d4b |
| 108 | The international tide shoes store | https://www.wish.com/c/592549ed86d8350b631b450e | https://www.wish.com/merchant/541014d2c5c2461bfc834589 | 541014d2c5c2461bfc834589 |
| 109 | tianing | https://www.aish.com/c/58bec094beaaa30e234f4fb1 | https://www.wish.com/merchant/57aab78dc30c7b0578464a19 | 57aab78dc30c7b0578464a19 |
| 110 | Timia | https://www.wish.com/c/5913c60cac5fbe1dc617d8e3 | https://www.wish.com/merchant/5780ab6ba78e3f0f0bc01335 | 5780ab6ba78e3f0f0bc01335 |
| 111 | tingyudahe | https://www.wish.com/c/58c561b2c9a0a76fe2c0fa95 | https://www.wish.com/merchant/58b96dfafe186653675212f1 | 58b96dfafe186653675212f1 |
| 112 | toy108 | https://www.wish.com/c/57c9a2d63ed23d07a3433d28 | https://www.wish.com/merchant/56db93d737eae116c50d5559 | 56db93d737eae116c50d5559 |
| 113 | Trendstyle06 | https://www.wish.com/c/5a4c891ff34a925475de1985 | https://www.wish.com/merchant/59cb749333f65c71323fba4b | 59cb749333f65c71323fba4b |
| 114 | weimaoyi | https://www.wish.com/c/5a38b3ea1726782d17d7b9da | https://www.wish.com/merchant/596de33ac250814076f9fc71 | 596de33ac250814076f9fc71 |
| 115 | windbeller | https://www.wish.com/c/58ab12006c6f685339960b12 | https://www.wish.com/merchant/58724f5704b3614d4db39ad6 | 58724f5704b3614d4db39ad6 |
| 116 | wohenmeili | https://www.wish.com/c/5975c931554629715e049b22 | https://www.wish.com/merchant/5960b9de37635d7ed8b4861b | 5960b9de37635d7ed8b4861b |
| 117 | woshihaoren | https://www.wish.com/c/5904680483714811200cc292 | https://www.wish.com/merchant/58bd670bf00a9953123f9f10 | 58bd670bf00a9953123f9f10 |
| 118 | Wuhan integrity Trading Co., Ltd | https://www.wish.com/c/57d6430ee31fe51394febc67 | https://www.wish.com/merchant/57a0595de732ce33afe905fa | 57a0595de732ce33afe905fa |
| 119 | Wuhan Ke Meiya | https://www.wish.com/c/596d722d23605304e30b4c38 | https://www.wish.com/merchant/5912d065864e5c348e873b80 | 5912d065864e5c348e873b80 |
| 120 | Wuhan Xin Cheng excellent products | https://www.wish.com/c/5a1252ebeceb085639cfa9c0 | https://www.wish.com/merchant/59117511980a345dea4b7fb3 | 59117511980a345dea4b7fb3 |
| 121 | wxy666 | https://www.wish.com/c/5a30bda795f79f76c047f55d | https://www.wish.com/merchant/5958d75bdba4dc7447432bb0 | 5958d75bdba4dc7447432bb0 |
| 122 | xiangqiu | https://www.wish.com/c/58970450f4ca0753ff48c013 | https://www.wish.com/merchant/5832d3d2e902571ba004d701 | 5832d3d2e902571ba004d701 |
| 123 | XIEMENASD | https://www.wish.com/c/59b6403a0da8cb785f3234c6 | https://www.wish.com/merchant/58f2310f2bb36019972e739e | 58f2310f2bb36019972e739e |
| 124 | xingrui muying yongpiin Co., Ltd | https://www.wish.com/c/5936710b70f3e77e558f334f | https://www.wish.com/merchant/588820bfc36d6e56dfdc99ad | 588820bfc36d6e56dfdc99ad |
| 125 | xinhualtd | https://www.wish.com/c/593e405a7964e027f1444d2f | https://www.wish.com/merchant/5937c7c6217d5f4e5dfee500 | 5937c7c6217d5f4e5dfee500 |
| 126 | XPO | https://www.wish.com/c/584934987220e94fabc14c94 | https://www.wish.com/merchant/57e7428e9b1bc02ac70d1949 | 57e7428e9b1bc02ac70d1949 |
| 127 | xyc147 | https://www.wish.com/c/5968b98541579115aafe876d | https://www.wish.com/merchant/58f0b5274a11d507fe3bd1b0 | 58f0b5274a11d507fe3bd1b0 |
| 128 | yeonly you | https://www.wish.com/c/57149689237a135d4e8673ab | https://www.wish.com/merchant/562f45953afd1f0fd35f214b | 562f45953afd1f0fd35f214b |
| 129 | yinshustores | https://www.wish.com/c/5a1bea7a647e1f0149b2e276 | https://www.wish.com/merchant/59b248428696be04859a0a6b | 59b248428696be04859a0a6b |
| 130 | yiwuyundonghuwaishangmaogongsi | https://www.wish.com/c/58970b7a8b1da551b6d8c4bc | https://www.wish.com/merchant/563a4ca5e7d0f60fe5fb7dde | 563a4ca5e7d0f60fe5fb7dde |
| 131 | Young Age | https://www.wish.com/c/58b998c4f4adc052820fc3b2 | https://www.wish.com/merchant/55efcf2c108266425af11e25 | 55efcf2c108266425af11e25 |
| 132 | Young Studio | https://www.wish.com/c/57e15a9de2a2247609bb4a83 | https://www.wish.com/merchant/579602b0629c38313c97784b | 579602b0629c38313c97784b |
| 133 | zhaoling55 | https://www.wish.com/c/57a185ca6fc1cf55633eea85 | https://www.wish.com/merchant/571847cb7f01ca590b06461e | 571847cb7f01ca590b06461e |